

**Signed: March 08, 2010**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

| | |
|---|---|
| 1 | Prober & Raphael, |
| 2 | A Law Corporation |
| | Dean Prober, Esquire, #106207 |
| 3 | Lee S. Raphael, Esquire, #180030 |
| | Cassandra J. Richey, Esquire #155721 |
| 4 | David F. Makkabi, Esquire #249825 |
| | P.O. Box 4365 |
| 5 | Woodland Hills, CA 91365-4365 |
| 6 | (818) 227-0100 |
| | Attorneys for Secured Creditor |
| 7 | U.S. Bank, N. A. Successor in interest to |
| | the FDIC as receiver for Downey |
| 8 | Savings and Loan Association, F.A. |
| 9 | F.040-1237A |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Bk. No. 09-14219 |
| CARROLL EVON PEGERON AKA | ) | |
| CARROLL E. PEGERON, CARROLL | ) | CHAPTER 7 |
| PEGERON, CARROLL E. PEGERON, SR., | ) | |
| CARROLL PEGERON SR. AND | ) | R.S. No. DRP – 682 |
| CATHERINE ROSS PEGERON AKA | ) | |
| CATHERINE M. PEGERON, CATHERINE | ) | ORDER FOR RELIEF FROM |
| MARIE PEGERON, CATHERINE M. ROSS, | ) | <u>AUTOMATIC STAY</u> |
| CATHERINE PEGERON, CATHERINE | ) | |
| ROSS, | ) | Hearing- |
| | ) | Date : February 25, 2010 |
| Debtors. | ) | Time : 9:00 a.m. |
| | ) | Place : U.S. Bankruptcy Court |
| | ) |        99 South E Street |
| | ) |        Santa Rosa, California |
| | ) |        Courtroom (bkcy) |
| _____ | ) | |

      The Motion for Relief from Automatic Stay of U.S. Bank, N. A. Successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A., its assignees and/or successors in interest, came on for hearing on February 25, 2010 at 9:00 a.m., before the Honorable Alan Jaroslovsky. Appearances are set forth in the Court's docket.

-1-

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N. A. Successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A., its assignees and/or successors in interest ("Secured Creditor" herein), effective March 22, 2010, the presumed date of Debtors' discharge and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **78 Verissimo Drive, Novato, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is not waived.

IT IS FURTHER ORDERED that the automatic stay is modified to allow the Debtors and the Secured Creditor to discuss the terms of any short sale, if any.

Approved as to form and content

Dated: 3/8/2010            By:/s/ David P. Gardner

David P. Gardner, Esq.

Attorney for Debtors

** END OF ORDER**